# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Andres Fernandez, | No. CV-26-03156-PHX-SHD (ASB) |
| Petitioner, | **ORDER** |
| v. | |
| Pamela Bondi, et al., | |
| Respondents. | |

Petitioner filed this action in the Southern District of Florida challenging his immigration detention. (Doc. 1.)  That district court directed Respondents to show cause why the Petition should not be granted.  (Doc. 4.)  Thereafter, Petitioner was transferred to the District of Arizona and this action was transferred to this Court.  (Doc. 9.)

Based upon a review of the record, the Court finds that Petitioner is not "seeking admission" such that he is subject to detention under § 1225(b)(2)(A).  Three recent circuit court decisions and a decision from this District are in accord.  *See Hernandez Alvarez v. Warden, Federal Det. Center Miami*, ___ F. 4th ___, 2026 WL 1243395 (11th Cir. May 6, 2026); *Castanon-Nava v. U.S. Dep't of Homeland Security*, ___ F. 4th ___, 2026 WL 1123250 (7th Cir. May 5, 2026); *Cunha v. Freden*, ___ F. 4th ___, 2026 WL 1146044 (2d Cir. Apr. 28, 2026); *Echevarria v. Bondi*, CV-25-03252-PHX-DWL (ESW), 2025 WL 2821282 (D. Ariz. 2025). [1]  Petitioner is therefore entitled to relief based on the

---

[1] The Court is also aware of the Fifth Circuit's decision in *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026) and the Eighth Circuit's decision in *Avila v. Bondi*, 170 F.4th 1128 (8th Cir. 2026), which adopted the minority position regarding whether unadmitted applicants for admission apprehended within the United States are subject to

Court's view that Petitioner's detention is governed by § 1226 and not § 1225. *See* Doc. 5-2 at 2 (Notice to Appear not designating Petitioner as an arriving alien). The Court will grant the Petition and direct Petitioner be provided a bond hearing.

**IT IS ORDERED**:

1. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

2. Respondents must provide Petitioner a bond redetermination hearing within **seven days** or release Petitioner from custody under the same conditions that existed before Petitioner's detention.

3. Respondents must provide a notice of compliance within **three days** of releasing Petitioner or providing Petitioner a bond hearing.

4. Any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 7th day of May, 2026.

_____
Honorable Sharad H. Desai
United States District Judge

---

mandatory detention under Section 1225. But those decisions do not persuade the Court that its interpretation is incorrect, consistent with the three other circuits who adopted the majority position.